PULLMAN *against* CORNING.

A WITNESS who is not a mason or mechanic, is competent to testify whether the walls of a house are well built or not.

A person who has engaged to build a house for another in a good, skilful and workmanlike manner, at a price to be paid when the work should be completed, cannot recover the price agreed to be paid, nor anything for the work done, when it has been done in a negligent, unskilful and unworkmanlike manner, and the person for whom it was done has neither accepted the work, nor waived a faithful performance of the contract.

(S. C., 14 Barb. 174; 9 N. Y. 93.)

---

SMITH *against* THE MAYOR &c. OF NEW YORK.

### *Proposals for regulating street.*

A PROPOSITION for regulating a street in the city of New York, made in pursuance of a notice by the street commissioner inviting sealed proposals for such work, although it be the lowest regular offer made in accordance with the notice, does not bind the corporation until approved and ratified by the common council.

When the notice given by the street commissioner fails to comply with the requirements of the ordinances of the corporation as to the statement of the amount and form of the security required for the performance of the work, and the security offered is not such as the ordinances require, the corporation is under no obligation to accept or ratify the most favorable proposals.

(S. C., 4 Sandf. 221; 10 N. Y. 504.)